THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL LOMARS and JOSEPH WEISS, Appellants.

Argued March 5, 1942; decided May 28, 1942.

*Samuel Markewich, Arthur Markewich* and *Jerome G. Rosenhaus* for Michael Lomars, appellant.

*Mortimer Sattler* and *William W. Kleinman* for Joseph Weiss, appellant.

*Frank S. Hogan, District Attorney (Stanley H. Fuld* and *Richard G. Denzer* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.